**No. 48477.**—Protests 798064–G, etc., of Lekas & Drivas et al. (New York).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48478.**—Protests 815256–G, etc., of Lekas & Drivas et al. (New York).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48479.**—Protests 952624–G, etc., of W. A. Bebenek et al. (Buffalo, etc.).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48480.**—Protests 990431–G, etc., of F. Javier Molieri et al. (Galveston, etc.).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48481.**—Protests 89711–K, etc., of Meletic Sea Food Co. et al. (St. Louis, etc.).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48482.**—Protests 87922–K, etc., of M. J. & H. J. Meyer Co. et al. (New York).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48483.**—Protests 85861–K, etc., of Hochschild, Kohn & Co. et al. (Baltimore, etc.).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48484.**—Protests 42820–K, etc., of M. N. Blumenthal et al. (Los Angeles, etc.).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48485.**—Protests 58437–K/12308, etc., of Langfelder, Homma & Hayward, Inc., et al. (New Orleans, etc.).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.